```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

THE ESTATE OF PEGGY RAYBURN                                PLAINTIFF

VS.                        CIVIL ACTION NO. 5:09-cv-154(DCB)(JMR)

CITIFINANCIAL, INC. and
AMERICAN HEALTH AND LIFE
INSURANCE COMPANY                                         DEFENDANTS

## ORDER

This cause having come before the Court on the defendants Citifinancial, Inc., and American Health and Life Insurance Company's Motion to Compel Arbitration and Stay Proceedings **(docket entry 4)**, and counsel for defendants and counsel for plaintiff having announced to the Court that they are in agreement that the motion should be granted; accordingly,

IT IS HEREBY ORDERED that the defendants Citifinancial, Inc., and American Health and Life Insurance Company's Motion to Compel Arbitration and Stay Proceedings **(docket entry 4)** is GRANTED;

FURTHER ORDERED that this matter be submitted to binding arbitration according to the arbitration agreement between the parties;

FURTHER ORDERED that the above captioned matter is STAYED in all respects pending the completion of arbitration, and CLOSED for administrative purposes. Any party may re-open the case upon motion once arbitration has been completed. The parties are to notify the Court, in writing, when arbitration is completed, within

30 days therefrom.

SO ORDERED, this the 21st day of October, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE